UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD LAMARRA

                                      Case No.:

    Plaintiff,

v.

CAPITAL ONE NATIONAL ASSOCIATION and
TRANSUNION, LLC

    Defendants.
_____/

# **EXHIBIT A**

An official website of the United States Government


(https://www.consumerfinance.gov/)

Start a new complaint

← All complaints (.)

# 250124-18310402

CLOSED

 Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 1/24/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Subject: Formal Complaint Against Capital One Auto Finance for Inaccurate Credit Reporting and Mishandling of Account Complaint Summary: I am filing a formal complaint against Capital One Auto Finance regarding their inaccurate reporting of my auto loan account to credit reporting agencies, mishandling of my account, and failure to provide effective customer support despite adherence to an approved payment plan and extension agreement. Their actions have negatively

impacted my credit report and financial standing. Details of the Issue: Account Overview: Account Number: 6201036968629 Vehicle: 2021 Jeep Grand Cherokee Extension Agreement (October 15, 2024): Capital One approved an extension of one payment of $863.44, deferring it to the end of the loan term. Capital One indicated that delinquency reporting would continue until the account was brought current. Hardship Payment Plan (December 2024): Entered a hardship payment plan due to financial difficulties caused by natural disasters. Payment plan terms included three payments of $863.44 each, due on January 2, January 16, and January 30, 2025. Per the agreement, completing the payments would make the account current as of January 30, 2025. Payments Made: January 2, 2025: $863.44 auto-drafted successfully. January 16, 2025: $863.44 auto-drafted successfully. Discrepancy and Reporting Issue: Despite making timely payments, I received a notification from Experian on January 24, 2025, that my account is reported as 30 days past due. This is incorrect, as I have complied with the payment plan and extension terms. Unsuccessful Attempts to Resolve the Issue: I contacted Capital One customer service multiple times to address this issue. Unfortunately, my efforts were unsuccessful. Customer service representatives deflected responsibility, claiming that the error was on the part of the credit bureaus. This response was unacceptable, as Capital One is responsible for ensuring accurate reporting of account status to credit bureaus. Evidence of Compliance: Attached documents include: Extension confirmation (dated October 15, 2024). Payment plan confirmation (December 2024). Statements showing payments on January 2 and January 16, 2025. Notification from Experian reflecting the inaccurate reporting.

## ATTACHMENTS

AutoLoanStatement_01-17-2025.pdf (350.4 KB)

Screenshot 2025-01-24 at 4.20.20 PM.png (356.7 KB)

Extension Confirmation.pdf (440.5 KB)

View full complaint ⊕

 Sent to company

**STATUS**

Sent to company on 1/24/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 Company still working

**STATUS**

Company response is in progress as of 1/28/2025

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on January 24, 2025, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We will review your complaint and act accordingly. Once the review is completed a final response will be forwarded to you to view. For additional assistance, you

may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experianâ€™s dispute center by visitingwww.experian.com/dispute. Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously. We appreciate you letting us know about your experience with Experian. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud.



## Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 3/25/2025 | Closed with explanation |

### Company's Response

Thank you for submitting your Complaint on January 24, 2025, through the CFPB Complaint Portal.  We appreciate consumers who take the time to let us know about their experiences with our company.   We have reviewed and considered the information you have supplied through the CFPB portal and directly to Experian. In your Complaint you indicate that there are inaccurate items on your credit report. You are requesting these items be removed and or updated.  Per your request to conduct a reinvestigation, we contacted the data furnisher(s) for the disputed items on your Experian credit report and asked them to verify the accuracy of the information with which you disagree. They responded and

verified that the remaining disputed information was accurate as reported. Other aspects of the disputed item(s) may have also been updated or deleted by the data furnisher(s). The result summary was sent to you for review.  According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source and notifying them of the dispute and disclosing all relevant information regarding your dispute.  When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.   We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information and send you the results.   In some instances, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.   If you disagree with the results of the reinvestigations, it is your legal right, under the FCRA, to add a 100-word statement specifying the nature of your dispute.  The consumer statement will appear on your credit report and be viewable upon inquiry.  If you would like our assistance in providing a concise statement, please contact us directly at the telephone number or address provided on your personal credit report and we would be happy to assist you.  You may refer to the credit report that you received for the name, phone number (if available) and address of the data furnisher who verified that information.    Please note that accurate information cannot be deleted. Potentially negative items, such as missed or late payments, remains on the personal credit report for seven years from the date of the original missed payment.   Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit

Experian's dispute center by visiting www.experian.com/dispute. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Thank you for submitting your dispute through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.



## Feedback requested

| STATUS | FEEDBACK DUE |
| --- | --- |
| Feedback requested on 3/25/2025 | 5/24/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback



## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

---

🇺🇸  An official website of the United States Government